# United States District Court

WESTERN _____ DISTRICT OF _____ NEW YORK

UNITED STATES OF AMERICA

v.

AARON BROWN and

MIRANDA HAMPTON-BROWN

Defendants

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-M- 560

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 26, 2007, in Monroe County, in the Western District of New York, the defendants, AARON BROWN and MIRANDA HAMPTON-BROWN, did, (Track Statutory Language of Offense)

knowingly and unlawfully possess a firearm during and in relation to a drug trafficking crime, to wit, possessing, and conspiring to possess with the intent to distribute a controlled substance, namely cocaine,

in violation of Title 18 United States Code, Sections 924(c)(1)(A) and 2, and Title 21United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2, and Title 21 United States Code, Section 846;

I further state that I am a (x) Special Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

    \* See attached affidavit of Special Agent Robert D. Kelley

Continued on the attached sheet and made a part hereof:   ( **X** ) Yes   ( ) No

Signature of Complainant S.A ROBERT D. KELLEY

Sworn to before me and subscribed in my presence,

July 2, 2007 _____
Date

at Rochester, New York
City and State

HON. Jonathan W. Feldman
U.S. Magistrate Judge

Name & Title of Judicial Officer

Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- V -                                                                         07-

AARON BROWN
            And
MIRANDA HAMPTON-BROWN

            Defendants

---

State of New York)
County of Monroe)   ss
City of Rochester)

ROBERT KELLEY, being duly sworn, deposes and says:

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the New York Field Division, Rochester Field Office. I have been employed as an ATF Agent in various capacities and assignments for approximately eight years and ten months, and have been involved in numerous criminal investigations involving violations of federal law. The information contained in this affidavit is based on my personal knowledge, discussions with other law enforcement agents, and review of various reports pertaining to the above-named defendants.

2. This affidavit is submitted in support of a criminal complaint against AARON BROWN and MIRANDA HAMPTON-BROWN for violation of Title 18 United States Code, Sections 924 (c)(1)(A) and 2 [the unlawful and knowing possession of a firearm in furtherance of a drug trafficking crime]; Title 21, United States Code,

1

Section 841 and Title 18 United States Code, Section 2 [the unlawful possession of a controlled substance with intent to distribute]; and Title 21, United States Code, Section 846 [conspiracy to possess with intent to distribute a controlled substance].

3. On June 26, 2007, members of the Rochester Police Department and the Monroe County Sheriffs Office executed a court ordered search warrant at 1726 East Main St., Rochester, NY, which is a single family townhouse. As police officers made entry into the location, two bags containing suspected crack cocaine and a package of new and un-used baggies commonly used in street level narcotics distribution were thrown from the southeast bedroom window, and were recovered. This bedroom was subsequently identified as belonging to the defendants.

4. AARON BROWN and MIRANDA HAMPTON-BROWN were both located in the upstairs hallway, were detained during the search, and were subsequently arrested and charged with Criminal Possession of a Controlled Substance 3rd, Criminal Possession of a Weapon 2nd, Criminal Possession of Stolen Property 4th, Criminally Using Drug Paraphernalia 2nd, and Unlawful Possession of Marijuana.

5. The following evidence was recovered during the search of the location: in the southeast bedroom belonging to the two defendants, officers located an H&K .40 caliber semi-automatic pistol, model P2000, serial number 123001818 loaded with twelve rounds of .40 caliber ammunition, $986 in United States currency in a top dresser drawer, three bags of suspected cocaine and one empty bag found on the bed,

2

two bags of cocaine found on the windowsill, a box containing a digital scale and new and un-used zip lock baggies on the floor and a bag of a cutting agent commonly used to mix with powder cocaine on the nightstand.  Officers also located a purse containing a benefits card for MIRANDA HAMPTON-BROWN, two bags of suspected cocaine, and two bags containing a green leafy substance suspected to be marijuana.  In the hallway closet, officers located mail addressed to AARON BROWN.  On a desk in the dining room, officers located a piece of paper containing more cutting agent, numerous new and un-used plastic zip lock baggies, and mail addressed to AARON BROWN.  Officers located a glass beaker found by the couch in the living room and a digital scale on top of a cabinet in the kitchen.

6.  After AARON BROWN and MIRANDA HAMPTON-BROWN were arrested by the Rochester Police Department, they both gave the address of 1726 East Main Street, Rochester, NY as their home address during their arrest processing.

7.  A sample of the cocaine recovered during the search was selected for testing using a cocaine salts field test and did test positive for the presence of cocaine. The total aggregate weight of the cocaine recovered from 1726 East Main St., Rochester, NY was approximately thirteen (13) grams. Based upon your affiant's training and experience, the amount and packaging of the cocaine is consistent with street level narcotics distribution.

8.  Your affiant is aware that narcotic traffickers commonly keep firearms in their homes to protect themselves, their narcotics, and the proceeds from their narcotics sales, and

I am aware that many Courts have found that weapons and firearms are among the "tools of the trade" in the narcotics business.

9. Your affiant is aware that the presence of firearms, cocaine packaged for street sale, numerous narcotic packaging materials, and large quantities of cash are consistent with a drug trafficking offense.

10. Based upon the foregoing, your affiant respectfully submits probable cause exists that: on June 26, 2007, AARON BROWN and MIRANDA HAMPTON-BROWN did knowingly and unlawfully possess, and conspire to possess cocaine, and did possess cocaine with the intent to distribute, all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2, Title 21 United States Code, Section 846; and did knowingly and unlawfully possess a H&K .40 caliber semi-automatic pistol, model P2000, serial number 123001818 loaded with twelve rounds of .40 caliber ammunition during and in relation to possessing with intent to distribute the cocaine found in their possession, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

S.A Robert D. Kelley

Subscribed and sworn to before me
This 2 day of JULY , 2007.

Honorable Jonathan W. Feldman
United States Magistrate Judge

4